IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RED ROOF FRANCHISING, LLC, | 2:10-cv-02224-GEB-KJM |
| Plaintiff, | |
| v. | ORDER |
| ALASKAN KOBUK MOTEL, LLC, an Alaska limited liability company; CHARLES D. AALFS, a.k.a. DAN AALFS, an individual, and DOES 1-20, inclusive, | |
| Defendants. | |

The court filings in this case, including the parties' stipulation to transfer venue, reveal that this case should be transferred under 28 U.S.C. § 1404(a) to the United States District Court in Anchorage, Alaska "for the convenience of parties, witnesses, [and] in the interest of justice". The franchise, which is the subject of the litigation, is located in Anchorage, Alaska, and Defendants indicate a number of anticipated witnesses are located in Anchorage, Alaska. Therefore, this case is transferred to the United States District Court in Anchorage, Alaska.

Dated: November 2, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

1